THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. JOHN J. SLATTERY, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 12, 1925; decided December 1, 1925.)

APPEAL from a judgment of the Nassau County Court rendered December 1, 1924, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Joseph Lonardo* and *Frederick J. Groehl* for appellant.

*Charles R. Weeks, District Attorney (Charles I. Wood* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.; HISCOCK Ch. J., CRANE and LEHMAN, JJ., dissent on the ground that the evidence was not sufficient to permit the jury to find that defendant was guilty beyond a reasonable doubt.